# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MAYOR-PRESIDENT SHARON
WESTON BROOME, LEWIS O.
UNGLESBY, AND M.E. CORMIER

NO. 2020 CW 0387

VERSUS

CHRIS RIALS AND NORMAN
BROWNING, ORGANIZERS OF THE
PETITION TO INCORPORATE ST.
GEORGE

**JULY 16, 2020**

---

In Re:   Chris Rials and Norman Browning, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 690041.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                          PMc
                          JEW
                          GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT